NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAVE CONSULTING GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**HEALTH CARE SERVICE CORPORATION,**
*Defendant-Appellee*

---

2018-1660

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:17-cv-00344-RWS-JDL, Judge Robert Schroeder III.

---

## JUDGMENT

---

RICHARD L. BROPHY, Armstrong Teasdale LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by ZACHARY CHARLES HOWENSTINE, MARK A. THOMAS.

PETER J. CHASSMAN, Reed Smith LLP, Houston, TX, argued for defendant-appellee. Also represented by JAMES CHRISTOPHER MARTIN, Pittsburgh, PA; GERARD M. DONOVAN, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 13, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |